MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:   (415) 474-3748

RICHARD PETERSEN
Attorney at Law (CSBN 41012)
P.O. Box 1526
Ukiah, CA 95482
Telephone: (707) 468-5184

Attorneys for Defendant
CARLA BRUMLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR. 09-0346-VRW** |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE DATE OF SENTENCING** |
| CARLA BRUMLEY, | _____ |
| Defendants. | |
| _____/ | |

　　　IT IS HEREBY STIPULATED by and between Michael Stepanian , counsel for Carla Brumley, and Assistant United States Attorney Tarek Helou, that the sentencing presently set for January 21, 2010 at 2 p.m. be continued to March 4,  2010 at 2 p.m. This continuance is at the request of the defense in order to have sufficient time to prepare for sentencing..

///

///

///

1  U.S. Probation Officer Chris Corruba has no objection to this continuance.

4  Date: January 11, 2010          /s/ Michael Stepanian
                                    MICHAEL STEPANIAN
                                    Counsel for Defendant
                                    Carla Brumley

8  Date: January 11, 2010          _____/s/_____
                                    Assistant United States Attorney
                                    Tarek Helou

11 SO ORDERED:

13 Date:   January 11, 2010

IT IS SO ORDERED
Judge Vaughn R Walker