JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-346-3 VRW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CHANGING DATE FOR SENTENCING |
| v. | ) | |
| CARLA JO BRUMLEY, | ) ) | Current Date: March 4, 2010<br>Current Time: 2:00 p.m |
| Defendant. | ) ) ) | Proposed Date: March 11, 2010<br>Proposed Time: 2:00 p.m. |

STIP CHANGE HR'G DATE
CASE NO. CR 09-346-3 VRW

1   Defendant Carla Jo Brumley is currently set to be sentenced by the Court on March 4,
2   2010. The attorney representing the government in this case, Assistant U.S. Attorney Tarek J.
3   Helou, will be out of town on work-related business on the date of the hearing.
4   Counsel for the government requests that the Court change the date of the sentencing
5   hearing in this matter to March 11, 2010 at 2:00 p.m. Based on government counsel's stated
6   unavailability, the defense does not object to the request. Counsel for the government discussed
7   this change with Christina Carrubba, the U.S. Probation Officer assigned to this case; she does
8   not object to the change
9   It is so stipulated.

11  DATED: February 24, 2010          Respectfully submitted,
12                                     JOSEPH P. RUSSONIELLO
                                       United States Attorney
14                                     /S/
                                       _____
15                                     TAREK J. HELOU
                                       Assistant United States Attorney

18                                     /S/
                                       _____
                                       MICHAEL STEPANIAN
19                                     Counsel for Defendant Carla Jo Brumley

21  For good cause appearing, and based on the stipulation of the parties, IT IS HEREBY
22  ORDERED that the sentencing hearing for defendant Carla Jo Brumley, currently scheduled for
23  March 4, 2010 at 2:00 p.m., will be continued to March 11, 2010 at 2:00 p.m.
24  DATED: 2/26/2010



_____
THE HONORABLE VAUGHN R WALKER
CHIEF UNITED STATES DISTRICT JUDGE

STIP CHANGE HR'G DATE
CASE NO. CR 09-346-3 VRW            -1-